# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2010

139350 & (50)

CONNIE COLAIANNI,
　　　　　Plaintiff-Appellant/
　　　　　Cross-Appellee,

v

STUART FRANKEL DEVELOPMENT
CORPORATION, INC., and K-F LAND
COMPANY, LLC IV,
　　　　　Defendants-Appellees/
　　　　　Cross-Appellants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 139350
COA: 282587
Oakland CC: 2003-051245-NO

　　　On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this appeal is considered, and the appeal is DISMISSED with prejudice and without costs.



　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2010

Clerk

p1228